**Order filed July 26, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00344-CR
_____

**CARLOS SALINAS-BEAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from County Criminal Court at Law No. 8
Harris County, Texas
Trial Court Cause No. 1991378**

## ORDER

On June 30, 2016, this court issued an order to the Harris County District Clerk to file a supplemental clerk's record by July 11, 2016. The court has not received the supplemental clerk's record.

Accordingly, the Harris County District Clerk is ordered to file the ordered supplemental record by **August 5, 2016**, containing:

1. Carlos Salinas-Beas' application for writ of habeas corpus;

2. Any response, reply, or hearing transcript relating to the application for writ of habeas corpus; and

3. Order granting application for writ of habeas corpus, signed April 13, 2016

If a requested item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the item is not a part of the case file.

PER CURIAM